UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                         Case No. 18-cr-52-pp

AFZAL R. AHMED, *et al.*,

        Defendants.

---

### ORDER GRANTING UNITED STATES' MOTION TO DISMISS PROPERTY FROM FORFEITURE NOTICE OF INDICTMENT (DKT. NO. 60)

---

The United States has filed a motion, asking the court to dismiss property from the forfeiture notice of the superseding indictment. Dkt. No. 60. The court **GRANTS** the motion, and **ORDERS** that the following items are **DISMISSED** without prejudice from the forfeiture notice of the superseding indictment:

    1.     A black Springfield Arms 9mm semi-automatic handgun bearing serial number MG447805;

    2.     A Hi Point 9mm carbine rifle with scope bearing serial number E49501; and

    3.     An AK-47 style rifle with a sawed-off stock bearing serial number 1-86318-88.

Dated in Milwaukee, Wisconsin this 18th day of October, 2018.

                        **BY THE COURT:**

                        _____
                        **HON. PAMELA PEPPER**
                        **United States District Judge**